FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 NOV 17 AM 11: 51

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARY HAWKINS, ERSALENE DAVIS, ) | |
| TONI HARRIS, and ETHEL BYNUM ) | |
| on behalf of themselves ) | CIV No. 90-0-55 |
| and others similarly situated, ) | |
| ) | |
| Plaintiffs ) | |
| ) | ORDER TO DISMISS |
| ) | |
| ALPHONSO JACKSON[1], Secretary of the ) | |
| the United States Department ) | |
| of Housing and Urban Development; ) | |
| THE UNITED STATES DEPARTMENT ) | |
| OF HOUSING AND URBAN ) | |
| DEVELOPMENT and ) | |
| HOUSING AUTHORITY OF THE CITY ) | |
| OF OMAHA ) | |
| ) | |
| Defendants ) | |

This matter is before the Court pursuant to the Motion to Dismiss filed by the Plaintiffs,

and accompanying Affidavit of Plaintiffs' counsel and documentary materials.

The Court has considered the Motion and attachments and finds that the terms of the

Settlement Agreement approved by the Court on January 21, 1994, plus all Modifications thereto

have been met and the obligations of the Defendants have been satisfied.

---

[1]The current HUD Secretary, in his official capacity, is substituted for the former HUD
Secretary under Fed. R.Civ.P. 25 (d)(1)

This matter is dismissed and the jurisdiction of the Court is ended.

DATED THIS _17_ day of November, 2005.

BY THE COURT:

United States District Judge

Prepared and submitted by:
Mary P. Clarkson, #10701
BROOM, JOHNSON, CLARKSON and LANPHIER
310 Flatiron Building
1722 St. Mary's Ave.
Omaha, NE 68102
(402)346-8323
Attorney for Plaintiffs